An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGG JOHNSON,
Appellant,

vs.

JAMIE JOHNSON,
Respondent.

No. 64994

**FILED**

JUN 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On March 10, 2014, this court gave appellant 40 days to file and serve his civil proper person appeal statement. Appellant's civil appeal statement was due in this court by April 21, 2014. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Linda M. Gardner, District Judge
Gregg Johnson
Jill K. Whitbeck
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20896